REDACTED

# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs. PETER O'MALLEY

Defendant's Name: Peter Padriac O'Malley T/N
& Residence: Patrick Timothy Kelly (AKA)
Address: [REDACTED] Meridian, Idaho [REDACTED]

Docket No. CR-94-538 CBM
Social Security No. [REDACTED] 4046
Mailing Address: [REDACTED] Meridian, Idaho [REDACTED]

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

MONTH DAY YE[AR]: Apr. 10, 199[5]

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desire[d to] have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
[X] WITH COUNSEL — Brian Hennigan, retained
(Name of Counsel)

**PLEA**
[X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.
[ ] NOLO CONTENDERE
[ ] NOT GUI[LTY]

**FINDING**
There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:
Conspiracy (Count 1) in violation of 18 USC 371; and False Statement to a Government Agency (Counts 2, 3 & 4) in violation of 18 USC 1001, both Class D Felonies

**JUDGMENT AND PROB./COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient ca[use] to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and orde[red] that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committe[d to] the custody of the Bureau of Prisons to be imprisoned for a term of: Twelve Months and One Day, as to Counts 1, 2, 3 and 3, all such terms to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Two (2) Years, all such terms to run concurrently, under the following terms and conditions: (1) the defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318; (2) if the amount of any mandatory assessment, restitution or fine imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer; and (3) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer.
Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
Full restitution has not been ordered in view of the defendant's

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervis[ed] Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the per[iod] of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revo[ke] supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons; and the Court has NO OBJECTION should the Bureau of Prisons designate defen[dant] to a Community Corrections Center.

Signed By: [X] U.S. District Judge _CONSUELO B. MARSHALL_    [ ] U.S. Magistrate _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

FRANK E. GOODROE
XXXXXXXXXXXXXXXXXXX

Dated/Filed: APR 11 1995    By _Joseph M. [signature]_

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. CR - 94-538 CBM |
| vs | |
| PETER O'MALLEY | Date 4/10/95 |

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

limited assets and the financial needs of dependents.
It is further ordered that the defendant shall pay to the United States a special assessment of $200.
It is further ordered that the sentence be stayed until May 22, 1995 at 12:00 Noon, at which time the defendant shall surrender to the facility designated by the Bureau of Prisons or if not designated, the defendant shall surrender to the U. S. Marshal at Las Vegas, Nevada.
THE COURT RECOMMENDS that the defendant be designated to FCI Nellis.
The defendant's bond shall be exonerated upon his surrender.
The defendant was advised of his right to appeal.

Signed By: [x] U.S. District Judge _C. B. Marshall_   [ ] U.S. Magistrate _____

CONSUELO B. MARSHALL                FRANK E. GOODROE
                                    XXXXXXXXXXXXXXXXXXXXX

Dated/Filed  APR 1 1 1995           By _Joseph N. Kearn_
                                        Deputy Clerk

AO-245-B (01 90)                Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____